FILED
CLERK, U.S. DISTRICT COURT

4/21/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHESHTA MAHBOOB, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Defendant. | CASE NO. 2:18-cv-02221-JAK-GJS<br><br>[PROPOSED] ORDER OF DISMISSAL |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed in its entirety, without prejudice. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

DATED: April 21, 2020

John A. Kronstadt
UNITED STATES DISTRICT JUDGE